1           US district Court Western Washington State Jacob

2   Jacob nocita.               Case No. 32023cv06092

3   V.

4   Housing Authority Grays harbor.     **Plaintiff's motion to show**
5   **cause.**

6    The similarities between these two cases case No. 322-cv-05741 and case
7   No.32023cv06092 involve Fourth Amendment violations, illegal stops,
8   unreasonable searches, and seizures. Both cases also address civil rights
9   violations and claims related to the use of unlawfully obtained evidence.

10. Conflicts ma claim asserts violations of the 14th Amendment's due process
11   rights, involving the use of illegally obtained evidence to remove the
12   plaintiff's three children and place them in foster care for an extended
13   period. The plaintiff contends that these actions have resulted in traumatic,
14   life-altering injuries, both physical and mental, for himself and his
15   children. The injuries are linked to the domestic violence, stalking, and
16   harassment experienced by the plaintiff, emphasizing the need for protection
17   under the Violence Against Women Act, including an emergency relocation by
18   the housing authority. y arise due to potential biases or connections, such
19   as the multi-family housing coordinator being married to a state judge who
20   presided over the fact-finding dependency trial. Additionally, the state
21   judge and their spouse have officers involved in both cases on their Facebook
22   friends list, and the state judge's wife was employed with the Hoquiam Police
23   Department. These connections could raise concerns about impartiality and
24   potential conflicts of interest in the legal proceedings.

25

26

27

28   The plaintiff's cause in this 1983 civil rights claim includes allegations of
29   multiple Fourth Amendment violations, specifically related to illegal stops,
30   unreasonable searches, and seizures. These violations occurred on May 5th,
31   2020, and July 2nd, 2020. Additionally, the

32   Furthermore

The plaintiff's 1983 civil rights claim in the US District Court Western Washington State revolves around the Housing Authority's alleged negligence and violation of federal law, specifically the Violence Against Women Act (VAWA). The key points of the claim include:

1. The plaintiff informed the Housing Authority of domestic violence, stalking, and harassment in December 2019, seeking an emergent relocation under VAWA.
2. Despite assurances from the property manager in March 2020 about an emergent relocation with undisclosed details for safety, the plaintiff and his children were not relocated, exposing them to further domestic violence and stalking.
3. The prolonged domestic violence and stalking led to a cascade of civil rights violations, severe mental distress, trauma, PTSD, and the unjust separation of the plaintiff from his children for 1,095 days.
4. The Housing Authority terminated the plaintiff's housing subsidy without proper legal notice, attempted eviction, and imposed a financial burden of $16,000, making it challenging for the plaintiff to regain custody of his children.
5. The events unfolded at 107 Cub Lane Hoquiam Washington 98550 Emerson Courts multi-family Housing Authority complex from December 2019 to December 2023.
6. The defendants, the Housing Authority, were obligated to emergently elocate the plaintiff and his children under federal law (VAWA), and their alleged negligence is claimed to have violated this law.

*Jacob Nocita*    01/04/2024

X.

.          Date.          .


Jacob travis Nocita

107 Cub Lane

Hoquiam Washington 98550

360-580-0026

Nocitaj2@gmail.com

January 4th 2024

66  United States District Court

67  Western District of Washington

68  1717 Pacific avenue

69  Tacoma Washington 98402

70  RE: Certificate of Service

71  Case Name: jacob Nocita v housing authority Gray's and county

72  Case Number: 32023cv06092

73

74  To Whom It May Concern,

75  I, Jacob nocita, hereby certify that I have served the following documents upon the defendants named in
76  the above-mentioned case, being the Housing Authority Program Manager, Roma Karr, and the Housing
77  Authority Property Manager, Theresa Kaufman:

78

79     Plaintiff's motion to show cause

80  Service Details:

81  - Date of Service: [Date of Service]

82  - Method of Service: [Specify the method of service, e.g., personal service, certified mail, etc.]

83  - Address of Defendants:

84  a. Roma Karr

85     602 E 1st St, Aberdeen, WA 98520

86  b. Theresa Kaufman

87     505 N.F street Aberdeen WA 98520

88  I declare that the above-mentioned documents were served in accordance with the applicable rules and
89  regulations of the United States District Court for the Western District of Washington.

90  I further certify that a true and accurate copy of the above-mentioned documents, including any
91  attachments or exhibits, has been retained in my possession for future reference.

92  If there are any questions or concerns regarding this certificate of service, please do not hesitate to
93  contact me at the provided contact information.

FILED ___ LODGED
___ RECEIVED

JAN 16 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

94  Thank you for your attention to this matter.

95

96  Sincerely,

97  Jacob nocita

98  Plaintiff pro se

99

100

101  x *[signature: Jacob nocita]*    Date 01/04/2024

From: J. Schondel
107 Cub LN. Hoquiam
WA 98550

 

US District Court
western washingto state
To: 1717 Pacific
Ave. Tacoma WA
98402

FILED ____ LODGED ____ RECEIVED
JAN 16 2024
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY