UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB NOCITA,<br><br>                   Plaintiff,<br>     v.<br><br>HOUSING AUTHORITY OF GRAYS HARBOR COUNTY et al.,<br><br>                   Defendants. | CASE NO. 3:23-cv-06092-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge.  (Dkt. No. 11.)  Having reviewed the Report and Recommendation and the remaining record de novo, and no objection having been filed, the Court does hereby find and ORDER:

1) The Court ADOPTS the Report and Recommendation;

2) Plaintiff's application to proceed in forma pauperis (Dkt. 1) is DENIED; and

3) Plaintiff's action is DISMISSED without prejudice and all pending motions are DENIED.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Dated this 17th day of April, 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2